**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Barerra Romero, | Case No. 2:26-cv-02200-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Motion to Dismiss Case as Duplicative** |
| Todd Blanche, et al., | |
| Respondents | [ECF No. 6] |

Petitioner Jose Barerra Romero filed this petition for federal habeas corpus relief from his immigration detention.  I appointed the Federal Public Defender (FPD) as counsel and ordered the FPD to file an amended petition or a motion to dismiss if necessary.[1]  On August 3, 2026, counsel filed a motion to dismiss this case as duplicative, explaining that Romero filed a similar petition in Case No. 2:26-cv-02222-RFB-NJK.[2]  The FPD is also representing Garcia in that case and confirms that, though the pro se pleadings are not identical, "the documents in both cases raise the same claims arising out of the same immigration detention in [Romero's] pending immigration proceedings."[3]  With good cause appearing, IT IS ORDERED that Romero's motion to dismiss **[ECF No. 6] is GRANTED.  This case is DISMISSED** without prejudice as duplicative.  **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
August 4, 2026

---

[1] ECF No. 3.

[2] ECF No. 6.

[3] *Id.* at 1–2.